UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ADREN MITCHELL, on behalf of
himself and others similarly
situated,

    Plaintiff,

v.

                              Case No.: 3:24-cv-520-BJD-LLL

IDEAL CONCEPTS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal (Doc. No. 16; Stipulation) filed on September 17, 2024. In the Stipulation, the parties indicate their agreement to dismissal of Plaintiff's individual claims with prejudice and as to any other member of the putative class's right to bring claims dismissal is without prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.    Plaintiff's individual claims in this case are **DISMISSED with prejudice.**

2.    Any member of the putative class's right to bring claims is **DISMISSED without prejudice.**

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 19th day of September, 2024.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*